IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WANDA WYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:16-cv-03293-NKL |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Defendant Berryhill moves to reverse the administrative decision denying Plaintiff Wynn's application for benefits, asks that this case be remanded for further proceedings, and asks for entry of judgment. Doc. 12 (citing sentence four of 28 U.S.C. § 405(g)). Section 405(g) provides in relevant part:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing….

Berryhill states remand is necessary so that the administrative law judge may evaluate the entire record, including the opinions of Joseph Mayus, M.D., and a psychologist, William Robison, Psy.D., and in order to expedite administrative review.

In view of Wynn's consent to the motion, Doc. 14, and for good cause shown, Berryhill's motion, Doc. 12, is granted. The Commissioner's decision is reversed and the case is remanded for further proceedings, consistent with this Order.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: February 21, 2017
Jefferson City, Missouri